DEAR CLERK

FILED

1-28-08

08 FE -  PM 2:55

RICH
CLERK
COURT

I FILED A HABEAS CORPUS CASE # C-07-5666 MMC

BACK IN NOVEMBER 07 AND I DO NOT KNOW HOW

LONG I AM SUPPOSE TO WAIT FOR A RESPONSE. SO

I WOULD LIKE TO REQUEST THE RELEVANT LOCAL RULES

OF THE COURT. THIS WAY I WILL BE FAMILURE WITH THEM

AND NOT MISS ANY DEADLINES.

THANK YOU

Chris Carrasco

CHRIS CARRASCO D-96045

P.B. SHU D-7 218

P.O. BOX 7500

CRESCENT CITY, CA. 95532

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT D-7

RECEIVED
FEB - 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CHRIS CARRASCO O.96045
P.B.SHU D.7 218
P.O. BOX 7500
CRESCENT CITY, CA 95532



PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

UNITED STATES POSTAGE
PITNEY BOWES
02 1M
0004217666
$ 00.41⁰
JAN 29 2008
MAILED FROM ZIP CODE 95531

OFFICE OF THE CLERK. U.S. DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

450 GOLDEN GATE AVE

SAN FRANCISCO. CA. 94102

94102 3661 C004    |II.I.I.I.I.IIII....I.I.I.I.I.I.I.I....II.I.I.I.I.I.I..I.I..I|

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT D-7