EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
MICHELE J. SWANSON, State Bar No. 191193
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5703
 Fax:  (415) 703-1234
 Email:  Michele.Swanson@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CHRISTOPHER A. CARRASCO,**<br><br>　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**ROBERT A. HOREL, Warden,**<br><br>　　　　　　　　　　Respondent. | C 07-5666 MMC (PR)<br><br>**MOTION TO ENLARGE TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS** |

　　　　Pursuant to Civil L.R. 6-3 and Habeas L.R. 2254-6, respondent hereby requests a 60-day extension of time, until September 8, 2008, in which to file an answer or other response to the petition for writ of habeas corpus.  Good cause for the extension is set forth in the accompanying declaration of counsel.  We have not attempted to contact petitioner about this extension of time because he is an incarcerated state prisoner who is representing himself.

　　　　WHEREFORE, respondent respectfully requests that this Court grant an extension of time to and including September 8, 2008, in which to file an answer or other responsive pleading.

///

1  ///

2  Dated: July 9, 2008

3  Respectfully submitted,

4  EDMUND G. BROWN JR.
Attorney General of the State of California

5  DANE R. GILLETTE
Chief Assistant Attorney General

6  GERALD A. ENGLER
Senior Assistant Attorney General

7  PEGGY S. RUFFRA
Supervising Deputy Attorney General

8

9

10

11  /s/ Michele J. Swanson
MICHELE J. SWANSON
Deputy Attorney General
12  Attorneys for Respondent

13

14  20120168.wpd

15  SF2008401285

16

17

18

19

20

21

22

23

24

25

26

27

28