1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  MICHELE J. SWANSON, State Bar No. 191193
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5703
     Fax:  (415) 703-1234
8    Email:  Michele.Swanson@doj.ca.gov
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CHRISTOPHER A. CARRASCO,**<br><br>                                       Petitioner,<br><br>     v.<br><br>**ROBERT A. HOREL, Warden,**<br><br>                                       Respondent. | C 07-5666 MMC (PR)<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO ENLARGE TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS** |

I, MICHELE J. SWANSON, declare under penalty of perjury as follows:

I am a Deputy Attorney General for the State of California and am assigned to represent respondent in this case.  Respondent's answer or other responsive pleading is due July 10, 2008, pursuant to this Court's April 11, 2008 Order to Show Cause.  I am unable to meet this deadline, and request an enlargement of time to file a response to the petition for writ of habeas corpus for the following reasons.

I was not the attorney who briefed this case on direct review in state court.  Since having this case assigned to me, I have been working on cases with chronological precedence, and in the past 30 days, I have filed reply briefs in *Muhammad v. Adams*, C 07-3627 MMC (PR)

1  and *Parnell v. Evans*, C 05-4324 SBA (pr), and an answer in *Collier v. Hedgpeth*, C 07-5964 SI
2  PR.  I have also recently completed the answers in *Wash v. Runnels*, C 04-04207 JW and *Haney
3  v. Adams*, C 07-4682 CRB (PR).  For these reasons, I am unable to file the response in this case
4  by the current deadline.

5        I have not attempted to contact petitioner about this extension of time because he is an
6  incarcerated state prisoner who is representing himself.

7        Accordingly, I request that the Court grant respondent an extension of 60 days, to and
8  including September 8, 2008, in which to file a response to the petition.

9        I declare under penalty of perjury that the foregoing is true and correct.

10        Executed at San Francisco, California, on July 9, 2008.

12      /s/ Michele J. Swanson
        MICHELE J. SWANSON
13      Deputy Attorney General

16  20120188.wpd

17  SF2008401285