IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CHRISTOPHER A. CARRASCO,** | C 07-5666 MMC (PR) |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **ROBERT A. HOREL, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent shall file with the Court and serve on petitioner, on or before **September 8, 2008**, an answer or other response to the petition for writ of habeas corpus.

IT IS SO ORDERED.

Dated: _____     _____
                                         The Honorable Maxine M. Chesney