# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Carrasco v. Horel, Warden**

No.:   **C 07-5666 MMC (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On <u>July 9, 2008</u>, I served the attached **MOTION TO ENLARGE TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS; DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO ENLARGE TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS; PROPOSED ORDER** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Christopher A. Carrasco
No. D-96045
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA  95531

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 9, 2008, at San Francisco, California.

|              D. Desuyo              |     /s/     D. Desuyo       |
| :---: | :---: |
| Declarant | Signature |

20121155.wpd