IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CHRISTOPHER A. CARRASCO,**<br><br>   Petitioner,<br><br>   v.<br><br>**ROBERT A. HOREL, Warden,**<br><br>   Respondent. | C 07-5666 MMC (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME**<br><br>**(Docket No. 5)** |

   GOOD CAUSE APPEARING, it is hereby ordered that respondent shall file with the Court and serve on petitioner, on or before **September 8, 2008**, an answer or other response to the petition for a writ of habeas corpus. Petitioner shall file with the Court and serve on respondent a responsive pleading within **thirty** days of the date such answer or other response is filed. If respondent files a motion to dismiss, respondent <u>shall</u> file a reply to petitioner's opposition within **fifteen** days of the date such opposition is filed.

   IT IS SO ORDERED.

Dated: July 11, 2008

_____
MAXINE M. CHESNEY
United States District Judge

Order                                                                                                                       Carrasco v. Horel, Warden
                                                                                                                             C 07-5666 MMC (PR)