1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GERALD A. ENGLER
Senior Assistant Attorney General
4 | PEGGY S. RUFFRA
Supervising Deputy Attorney General
5 | MICHELE J. SWANSON, State Bar No. 191193
Deputy Attorney General
6 | 455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
7 | Telephone: (415) 703-5703
Fax: (415) 703-1234
8 | Email: Michele.Swanson@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CHRISTOPHER A. CARRASCO,**<br><br>                             Petitioner,<br><br>     v.<br><br>**ROBERT A. HOREL, Warden,**<br><br>                             Respondent. | C 07-5666 MMC (PR)<br><br>**APPLICATION FOR LEAVE TO FILE BRIEF IN EXCESS OF 25 PAGES** |

Pursuant to Civil L.R. 7-10(b), respondent hereby requests leave to file a brief in excess of 25 pages, or 29 pages in all. Good cause for filing the oversized brief is set forth in the accompanying declaration of counsel.

///

///

///

Applic. for Leave to File Brief in Excess of 25 Pgs.                                         Carrasco v. Horel, Warden
                                                                                              C 07-5666 MMC (PR)

1

1 | Dated: August 28, 2008

2 | Respectfully submitted,

3 | EDMUND G. BROWN JR.
Attorney General of the State of California

4 | DANE R. GILLETTE
Chief Assistant Attorney General

5 | GERALD A. ENGLER
Senior Assistant Attorney General

6 | 

7 | PEGGY S. RUFFRA
Supervising Deputy Attorney General

10 | /s/ Michele J. Swanson
MICHELE J. SWANSON
Deputy Attorney General
Attorneys for Respondent

20133039.wpd
SF2008401285

Applic. for Leave to File Brief in Excess of 25 Pgs.        Carrasco v. Horel, Warden
                                                            C 07-5666 MMC (PR)