1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CHRISTOPHER A. CARRASCO,**<br><br>                                        Petitioner,<br><br>         v.<br><br>**ROBERT A. HOREL, Warden,**<br><br>                                        Respondent. | C 07-5666 MMC (PR)<br><br>**[PROPOSED] ORDER** |

GOOD CAUSE APPEARING, respondent's request for leave to file a brief in excess of 25 pages is granted. Respondent's Memorandum of Points and Authorities in Support of the Answer to the Petition for Writ of Habeas Corpus, 29 pages in all, shall be filed by the Clerk of this Court.

Dated: _____          _____
                                                                                The Honorable Maxine M. Chesney