EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
MICHELE J. SWANSON, State Bar No. 191193
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5703
 Fax:  (415) 703-1234
 Email:  Michele.Swanson@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CHRISTOPHER A. CARRASCO,** | C 07-5666 MMC (PR) |
| Petitioner, | **ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| **ROBERT A. HOREL, Warden,** | |
| Respondent. | |

Respondent provides this answer to the order to show cause why the petition for writ of habeas corpus should not be granted:

## I.

## CUSTODY

Petitioner Christopher Carrasco is lawfully in the custody of Robert A. Horel, Warden of Pelican Bay State Prison, as a result of a judgment of conviction in Santa Clara County Superior Court, case number CC091842. A jury found petitioner guilty of assault by means of force likely to produce great bodily injury, battery with serious bodily injury, and the use of methamphetamine, and found true the allegation that the assault and battery were committed for the benefit of a criminal

1  street gang. Petitioner admitted that he had three prior strike convictions, one prior serious felony
2  conviction, and three prior prison terms. The trial court sentenced petitioner to 33 years to life in
3  prison.

## II.

## GENERAL AND SPECIFIC DENIALS

Respondent denies that the state court rulings were based on an unreasonable determination of fact or were contrary to, or involved an unreasonable application of, clearly established United States Supreme Court precedent. Respondent specifically denies that: (1) the prosecutor committed misconduct; (2) trial counsel was ineffective; (3) the trial court's instructions on aiding and abetting were erroneous; and (4) the trial court committed sentencing error.

## III.

## PROCEDURAL DEFENSES

Petitioner exhausted his claims in state court. The petition is timely within the meaning of 28 U.S.C. § 2244.

## IV.

## LODGED DOCUMENTS

Respondent has lodged concurrently with this answer the following exhibits: (1) State Court Clerk's Transcript (3 volumes); (2) State Court Reporter's Transcript (6 volumes); (3) Opinion of the California Court of Appeal; (4) Petition for Review filed by petitioner in California Supreme Court; (5) Petition for Review filed by respondent in California Supreme Court; (6) Order of California Supreme Court denying petitioner's petition for review and granting respondent's petition for review; (7) Petition for Writ of Habeas Corpus filed in California Supreme Court; (8) Order of California Supreme Court denying petition for writ of habeas corpus; (9) Order of California Supreme Court remanding review case back to the Court of Appeal; and, (10) Opinion of the California Court of Appeal on remand.

///
///
///

1     Dated: August 28, 2008

2                     Respectfully submitted,

3                     EDMUND G. BROWN JR.
Attorney General of the State of California

4                     DANE R. GILLETTE
Chief Assistant Attorney General

5

6                     GERALD A. ENGLER
Senior Assistant Attorney General

7                     PEGGY S. RUFFRA
Supervising Deputy Attorney General

8

9

10                     /s/ Michele J. Swanson
MICHELE J. SWANSON
Deputy Attorney General

11                     Attorneys for Respondent

12

13
20132677.wpd

14 SF2008401285

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Answer to Petition for Writ of Habeas Corpus                     Carrasco v. Horel, Warden
C 07-5666 MMC (PR)