1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GERALD A. ENGLER
Senior Assistant Attorney General
4 | PEGGY S. RUFFRA
Supervising Deputy Attorney General
5 | MICHELE J. SWANSON, State Bar No. 191193
Deputy Attorney General
6 |  455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
7 |  Telephone:  (415) 703-5703
 Fax:  (415) 703-1234
8 |  Email:  Michele.Swanson@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**CHRISTOPHER A. CARRASCO,**

         Petitioner,

  v.

**ROBERT A. HOREL, Warden,**

         Respondent.

C 07-5666 MMC (PR)

**NOTICE OF LODGING AND INDEX OF RECORDS PURSUANT TO LOCAL RULE 2254-6(b)(3)**

  Notice is hereby given that the following exhibits are lodged in support of respondent's answer and memorandum of points and authorities:

| **EXHIBIT** | **TITLE** |
|---|---|
| 1A to 1C | State Court Clerk's Transcript |
| 2A to 2F | State Court Reporter's Transcript |
| 3 | Opinion of the California Court of Appeal |
| 4 | Petition for Review filed by petitioner in California Supreme Court |
| 5 | Petition for Review filed by respondent in California Supreme Court |

| EXHIBIT | TITLE |
|---|---|
| 6 | Order of California Supreme Court granting respondent review and denying petitioner review |
| 7 | Petition for Writ of Habeas Corpus filed in California Supreme Court |
| 8 | Order of California Supreme Court denying habeas petition |
| 9 | Order of California Supreme Court remanding review case back to the Court of Appeal |
| 10 | Opinion of the California Court of Appeal on remand |

Dated: August 28, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General


/s/ Michele J. Swanson
MICHELE J. SWANSON
Deputy Attorney General
Attorneys for Respondent

20133031.wpd
SF2008401285