IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER A. CARRASCO,

        No. CV-07-5666 MMC (PR)

    Petitioner,

**JUDGMENT IN A CIVIL CASE**

  v.

ROBERT A. HOREL, Warden,

    Respondent.
_____/

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the petition for a writ of habeas corpus is hereby DENIED, and a certificate of appealability is hereby DENIED.

Dated: December 13, 2011                         Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk