United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER A. CARRASCO,<br><br>    Petitioner,<br><br>  v.<br><br>ROBERT A. HOREL, Warden,<br><br>    Respondent.<br>_____ | No. C 07-5666 MMC (PR)<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY; DENYING PETITIONER'S SECOND MOTION FOR APPOINTMENT OF COUNSEL**<br><br>**(Docket Nos. 16, 17)** |

On November 7, 2007, petitioner, a California prisoner proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 13, 2011, the petition was denied on its merits, and a certificate of appealability ("COA") was denied. On February 20, 2012, petitioner filed a motion for appointment of counsel to assist him in preparing an application for a COA. Said motion was denied on March 5, 2012.

Now before the Court is petitioner's request for a certificate of appealability. Said request is hereby DENIED for the reasons stated at pages 27-28 of the Order Denying Petition for Writ of Habeas Corpus, filed December 13, 2011. (Docket No. 12.)

Petitioner also has filed a renewed motion for appointment of counsel. Said motion is hereby DENIED for the reasons stated in the Order Denying Petitioner's Motion for Appointment of Counsel, filed March 5, 2012. (Docket No. 15.)

The Clerk shall forward this order to the United States Court of Appeals for the Ninth

Circuit, from which petitioner may also seek a certificate of appealability. See United States v. Asrar, 116 F.3d 1268, 1270 n.2 (9th Cir. 1997).

This order terminates Docket Numbers 16 and 17.

IT IS SO ORDERED.

DATED: April 6, 2012

_____
MAXINE M. CHESNEY
United States District Judge