FILED

UNITED STATES COURT OF APPEALS

MAY 15 2012

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CHRISTOPHER A. CARRASCO,

        Petitioner - Appellant,

v.

ROBERT A. HOREL, Warden,

        Respondent - Appellee.

No. 12-15789

D.C. No. 3:07-cv-05666-MMC
Northern District of California,
San Francisco

ORDER

Before:  SILVERMAN and CALLAHAN, Circuit Judges.

The request for a certificate of appealability is denied because the notice of appeal was not timely filed. *See* 28 U.S.C. §§ 2107, 2253(c)(2). All pending motions, if any, are denied as moot.